# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

153968

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTONIO JACKSON,
    Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153968
COA: 330695
Wayne CC: 11-012637-FC

On order of the Court, the application for leave to appeal the April 28, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

t0327